UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JACOB ANGELO MASSEY,

    Plaintiff,

 v.

ANNE K. CARPENTER, et al.,

    Defendants.

Case No.: 3:24-cv-00576-MMD-CLB

**ORDER**

Plaintiff Jacob Massey has submitted a civil-rights complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1-1, 1, 4). According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court, and his mail from the Court has been returned as undeliverable, noting he's been paroled. (ECF No. 5). Plaintiff is advised that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. LR IA 3-1. And Plaintiff's IFP application for an inmate is moot because he's no longer incarcerated.

It is therefore ordered that Plaintiff has **until March 7, 2025**, to file his updated address with the Court.

It is further ordered that the application to proceed *in forma pauperis* for an inmate (ECF Nos. 1, 4) is denied as moot.

It is further ordered that Plaintiff has **until March 7, 2025**, to either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis* for non-inmates.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for non-inmates with instructions.

DATED: January 6, 2025

_____
UNITED STATES MAGISTRATE JUDGE